4-8-21

IN THE _____ JUDICIAL CIRCUIT COURT, St. Louis, City MISSOURI

| Judge or Division: | Case Number: 2122-CC00967 |
|---|---|
| Petitioner: State ex Rel. Keith Young, On Behalf of Himself And All Similarly Situated Individuals vs. | Petitioner's Address/Telephone: |
| Respondent: Lyda Krewson, Mayor, Jamie Wilson, Director Department of Streets, Kent D. Flake, Commissioner of Streets, Metropolitan Police Depart City of St. Louis, et al, Respondents. | Respondent's Address/Telephone: |

FILED APR 08 2021 22ND JUDICIAL CIRCUIT CIRCUIT CLERK'S OFFICE BY _____ DEPUTY

(Date File Stamp)

## Motion and Affidavit in Support of Request to Proceed As a Poor Person

| Marital Status: Married | If Married, Spouse's name: Yvonne Young | Number of dependents: 0 |
|---|---|---|

(Include Spouse's Income and Expenses if Married)

**Monthly Income**
- Gross salary (before deductions) $ 0
- Public assistance $ Food Stamps
- Retirement/Pension $ 
- Social Security $ 760.00
- Child Support $ 0
- Maintenance $ 0
- Other income to be considered $ 0

Total Monthly Income $ _____

**Monthly Expenses**
- ☐ Mortgage  ☐ Rent Payment $ 0
- Utilities $ 0
- Food $ 
- Payment on debts & credit cards $ 192
- Child Support $ 0
- Maintenance $ 0
- Medical expenses to be considered $ 732.94

Total Monthly Expenses $ _____

**Assets**
- Cash on Hand $ 0
- Bank Accounts:
  - Checking $ 0
  - Savings $ 0
- Approximate value of home $ Homeless
- And/or other real estate $ 0
- Approximate value of automobile(s) $ 1
  - (1) yr/make _____
  - (2) yr/make _____
- Approximate value of personal Possessions (list) $2000

**Debts**
- Home loan balance $ 0
- Automobile loan(s) $ 0
- Credit card balance(s) $ 0
- Other debts to be considered

Total Assets $ 760.00   Total Debts $ 732.94

I swear/affirm under penalty of perjury that these facts are true to my best knowledge and belief.

_____ Date         Keith Young (signature)

OSCA (07-15) GN10    1 of 1    Rule 77.03, Section 514.040 RSMo

I swear/affirm under penalty of perjury that these facts are true to my best knowledge and belief.

_____  _____
Date                                    Your Signature (signed: Keith)

## Order to Proceed as a Poor Person

☒ The Court, having considered the Motion and Affidavit in Support of Request to Proceed as a Poor Person, finds that _Keith Young_ is without sufficient funds or assets with which to pay the advance deposit for costs in this action and, therefore, is granted leave to proceed as a poor person and the required advanced deposit for costs is waived.

☐ The Court, having considered the Motion and Affidavit in Support of Request to Proceed as a Poor Person, finds that _____ has sufficient funds or assets with which to pay the advance deposit for costs in this action, and therefore, the Motion is denied.

4/13/21
_____  _____
Date                                    Commissioner/Judge